Markeisha SIMPSON, Appellant,

v.

NATIONAL ARCHIVES & RECORD ADMINISTRATION,

and

Division of Employment Security, Respondents.

No. ED 97297.

Missouri Court of Appeals, Eastern District, Division Two.

June 5, 2012.

John J. Ammann, St. Louis, MO, for appellant.

Ninion S. Riley, St. Louis, MO, for respondent.

National Archives & Records Administration (pro se), St. Louis, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Appellant Markeisha Simpson appeals the decision of the Labor and Industrial Relations Commission denying unemployment benefits after she was discharged from the National Archives and Record Administration (Employer). On appeal, Simpson argued that Commission erred in finding that she had been discharged for misconduct connected with work. We have reviewed the briefs and the Record

on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The decision is affirmed pursuant to Rule 84.16(b).

AFFIRMED.